AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E. | U.S. Dist Ct; Western Dist LA | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

300 Fannin Street, Suite 4200
Shreveport, Louisiana 71101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | D | Rent | N | Q | | | | | |
| 2. JD Bank Account | A | Interest | K | T | | | | | |
| 3. See attached description | A | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Jefferson Davis Bank & Trust Common Stock | E | Dividend | P1 | T | | | | | |
| 8. See attached description | | None | J | V | | | | | |
| 9. See attached description | B | Royalty | J | V | | | | | |
| 10. Coastal Club Common Stock | | None | L | T | | | | | |
| 11. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | K | T | | | | | |
| 12. Bancorp South Account | A | Interest | J | T | | | | | |
| 13. Charles Schwab & Co., Inc.-money market | | None | J | T | | | | | |
| 14. See Attached Description | A | Royalty | J | V | | | | | |
| 15. See Attached Description | F | Royalty | M | V | | | | | |
| 16. The New Century, LLC | A | Rent | J | V | | | | | |
| 17. Interest in Niblett Irrigation Inc | | None | J | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  R.S. Note | | None | J | V | | | | | |
| 19.  JD Bank Account | | None | N | T | | | | | |
| 20.  Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 21.  Morgan Stanley #2-Bank | A | Interest | J | T | | | | | |
| 22.  Morgan Stanley #2-AT&T | A | Dividend | | | Sold | 02/04/14 | J | A | |
| 23.  Morgan Stanley #2- Schlumberger | A | Dividend | | | Sold | 08/14/14 | J | C | |
| 24.  Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | Sold (part) | 11/21/14 | J | A | |
| 25.  Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 26.  Morgan Stanley #1-Google Inc. | | None | K | T | | | | | |
| 27.  Morgan Stanley #2-Dow Chemical Co | A | Dividend | J | T | | | | | |
| 28.  Morgan Stanley #2-Honeywell International inc | A | Dividend | J | T | | | | | |
| 29.  Morgan Stanley #2-Seadrill | A | Dividend | | | Sold | 03/13/14 | J | A | |
| 30.  Morgan Stanley #3-Pfizer Inc | | None | | | Sold | 01/01/14 | J | A | |
| 31.  Morgan Stanley #1-Facebook | | None | K | T | | | | | |
| 32.  Morgan Stanley #2-Emerson Electric | A | Dividend | | | Sold | 11/24/14 | J | B | |
| 33.  Morgan Stanley #2-JP Morgan Chase | A | Dividend | | | Sold | 05/08/14 | J | B | |
| 34.  Morgan Stanley #2- United Technologies Corp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)          U =Book Value             V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | Morgan Stanley #2- Verizon Communications | A | Dividend | | | Sold | 11/24/14 | J | A | |
| 36. | Mineral Interest located in Westmoreland County, Pennsylvania | C | Rent | J | W | | | | | |
| 37. | Charles Schwab-Amazon Com Inc | | None | | | Sold | 01/27/14 | J | A | |
| 38. | Charles Schwab-Ebay Inc | | None | | | Sold | 02/27/14 | J | A | |
| 39. | Charles Schwab-Inovio Pharmaceuticals | | None | J | T | Buy (add'l) | 04/08/14 | J | | |
| 40. | Morgan Stanley #1-Amazon Com Inc | | None | J | T | | | | | |
| 41. | Morgan Stanley #2-BP PLC Ads | A | Dividend | | | Sold | 07/30/14 | J | A | |
| 42. | Morgan Stanley #2-First Trust North American E | A | Dividend | K | T | Buy (add'l) | 07/30/14 | J | | |
| 43. | Morgan Stanley #2-AXA Ads | | None | | | Sold | 02/04/14 | J | A | |
| 44. | Morgan Stanley #2-Glaxosmithkline Plc Ads | A | Dividend | | | Sold | 07/30/14 | J | A | |
| 45. | Morgan Stanley #2-Bank of America Corp | A | Dividend | | | Buy (add'l) | 02/04/14 | J | | |
| 46. | | | | | | Sold | 04/28/14 | J | A | |
| 47. | Morgan Stanley #2-HSBC Holdings Plc | A | Dividend | | | Sold | 04/28/14 | J | A | |
| 48. | Morgan Stanley #2-Imperial Tobacco GP | A | Dividend | J | T | | | | | |
| 49. | Morgan Stanley #2-Kraft Foods Group Inc | A | Dividend | | | Sold | 11/24/14 | J | A | |
| 50. | Morgan Stanley #2-Nestle Spon Adr | A | Dividend | J | T | Sold (part) | 11/24/14 | J | A | |
| 51. | Morgan Stanley #2-Novartis Ag Adr | A | Dividend | J | T | Sold (part) | 11/24/14 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Morgan Stanley #2-Roche Holdings Adr | A | Dividend | J | T | Sold (part) | 11/24/14 | J | A | |
| 53. | Morgan Stanley #2-Siemens Aktiengesellschaft | | None | | | Sold | 01/23/14 | J | A | |
| 54. | Morgan Stanley #2-Goldman Sachs Rising Div GW | A | Dividend | | | Buy (add'l) | 11/18/14 | J | | |
| 55. | | | | | | Sold | 11/24/14 | K | B | |
| 56. | Morgan Stanley #2-MFS International Value I | A | Dividend | J | T | | | | | |
| 57. | Morgan Stanley #3-First Trst Hlth Care Alpha | | None | J | T | | | | | |
| 58. | Morgan Stanley #3-First Trust Amex Biotech | A | Dividend | J | T | | | | | |
| 59. | Morgan Stanley #3-First Trust Consmr Staples ETF | A | Dividend | J | T | | | | | |
| 60. | Morgan Stanley #3-First Trust Consumer Discret | A | Dividend | J | T | | | | | |
| 61. | Morgan Stanley #3-First Trust DJ Internet | | None | J | T | | | | | |
| 62. | Morgan Stanley #3-Allianceber Sel US | A | Dividend | J | T | Sold (part) | 05/08/14 | J | A | |
| 63. | Morgan Stanley #3-Blackrock Strategic Inc Opp I | A | Dividend | J | T | Sold (part) | 05/08/14 | J | A | |
| 64. | Morgan Stanley #3-Goldman Sachs Strategic Inc | A | Dividend | J | T | Sold (part) | 05/08/14 | J | A | |
| 65. | Morgan Stanley #3-Virtus Dynamic Alphasector I | | None | J | T | | | | | |
| 66. | Morgan Stanley 529 Plan-Hartford Age-Bas PTF 9-13A | | None | J | T | | | | | |
| 67. | Morgan Stanley #2 - Biomed Realty Trust Inc | A | Dividend | | | Buy | 04/28/14 | J | | |
| 68. | | | | | | Sold | 11/24/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley #2 - Columbia PPTY TR Inc | A | Dividend | | | Buy | 03/13/14 | J | | |
| 70. | | | | | Sold | 08/14/14 | J | A | |
| 71. Morgan Stanley #2 - Phillips 66 | A | Dividend | | | Buy | 08/14/14 | J | | |
| 72. | | | | | Sold | 11/18/14 | J | A | |
| 73. Morgan Stanley #2- Prudential Financial | A | Dividend | J | T | Buy | 05/08/14 | J | | |
| 74. | | | | | Sold (part) | 11/24/14 | J | A | |
| 75. Morgan Stanley #2 - Raytheon Co | A | Dividend | | | Buy | 04/28/14 | J | | |
| 76. | | | | | Sold | 11/24/14 | J | A | |
| 77. Morgan Stanley #2 - Sanofi ADR | A | Dividend | | | Buy | 01/23/14 | J | | |
| 78. | | | | | Sold | 11/18/14 | J | A | |
| 79. Morgan Stanely #2- Banco Santander | A | Dividend | | | Buy | 04/04/14 | J | | |
| 80. | | | | | Buy (add'l) | 02/04/14 | J | | |
| 81. | | | | | Sold (part) | 05/12/14 | J | A | |
| 82. | | | | | Sold (part) | 08/11/14 | J | A | |
| 83. | | | | | Sold (part) | 11/13/14 | J | A | |
| 84. | | | | | Sold | 11/24/14 | J | A | |
| 85. Morgan Stanley #2 - Cohen & Steer GLB | A | Dividend | J | T | Buy | 07/30/14 | J | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment               T =Cash Market
   (See Column C2)             U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley #2- First Tr Exchange | A | Dividend | J | T | Buy | 08/14/14 | J | | |
| 87. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 88. Morgan Stanley #2- First Tr ISE WTR | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 89. Morgan Stanley #2 - First Trust FNCL | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 90. Morgan Stanley #2 - First Trust Tech Alpha | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 91. Morgan Stanley #2 - Home Depot | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 92. Morgan Stanley #2 - ISHARES | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 93. Morgan Stanley #2 - Lamar | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 94. Morgan Stanley #2 - MFS Equity | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 95. Morgan Stanley #2 - Principal SM MDCP | A | Dividend | J | T | Buy | 11/18/14 | J | | |
| 96. Morgan Stanley #2 - Williams Co inc | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 97. Morgan Stanley #2 - Wisdom Tree | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 98. Morgan Stanley #2 - Goldman Sachs SMMD | B | Dividend | K | T | Buy | 11/24/14 | K | | |
| 99. Morgan Stanley #3 - ISHARES | A | Dividend | J | T | Buy | 11/21/14 | J | | |
| 100. Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | Buy | 05/08/14 | J | | |
| 101. Morgan Stanley #2 - Baxter | | None | J | T | Buy | 11/24/14 | J | | |
| 102. Morgan Stanley #2 - Union Pacific | | None | J | T | Buy | 11/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 103. Morgan Stanley #2 - Wells Fargo | | None | J | T | Buy | 11/24/14 | J | | |
| 104. Morgan Stanley #2 - First Trust DJ Internet | | None | J | T | Buy | 11/24/14 | J | | |
| 105. Charles Schwab - Rite Aid Corp (X) | | None | | | Sold | 01/27/14 | J | A | |
| 106. Charles Schwab - Celldex Therapeutics | | None | J | T | Buy | 02/03/14 | J | | |
| 107. Charles Schwab - Oncosec Med Inc | | None | J | T | Buy | 03/06/14 | J | | |
| 108. Charles Schwab - Novartis | | None | J | T | Buy | 09/05/14 | J | | |
| 109. Morgan Stanley #2 - First Trust Amex Biotech | A | Dividend | J | T | Buy | 11/24/14 | J | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1, Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008.

#2, Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#3, Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#5, An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#8, Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#9, Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#14, Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#15, Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum. Valuation based on 3 times the current year income.

#16, Value used in sucession of mother, DOD 7/9/2007.

#17, Value used in sucession of mother, DOD 7/9/2007.

#18, Value used in sucession of mother, DOD 7/9/2007.

#19, Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#30, The shares of Pfizer Inc listed on this line should have been reported in prior years as being held in Morgan Stanley #3. In 2013 Pfizer shares were involved in a spinoff with Zoetis. The Zoetis shares acquired and then sold in 2013. All of the Zoetis activity was under the filing threshold and not reported on prior year financial disclosure reports. On 12/31/2013 no shares of Pfizer Inc or Zoetis were held.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544